```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| CYNTHIA SIDERS, an individual, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8/4/2021 |

CYNTHIA SIDERS,
an individual,

                              Plaintiff,

           -against-                             21 Civ. 6354 (AT)

ARGON MEDICAL DEVICES, INC., REX MEDICAL,      **ORDER**
INC., d/b/a REX MEDICAL, L.P. and REX MEDICAL,
L.P.,

                            Defendants.

ANALISA TORRES, United States District Judge:

      Plaintiff brings this action against Argon Medical Devices, Inc., Rex Medical, Inc., d/b/a Rex Medical, L.P, and Rex Medical, L.P., invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. ECF No. 1 ¶ 13.

      If Rex Medical, L.P. is a limited partnership, as its name would imply, then the complaint must allege the citizenship of each of its general and limited partners for the purposes of diversity jurisdiction. *Handelsman v. Bedford Village Assocs. Ltd. Partnership*, 213 F.3d 48, 51–53 (2d Cir. 2000); *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195–96 (1990) (stating that, for purposes of diversity jurisdiction, limited partnerships have the citizenship of all of its general and limited partners).

      By **August 11, 2021**, Plaintiff shall amend its pleading to allege the citizenship of each of the general and limited partners of the limited partnership. If Plaintiff fails to amend by the foregoing date to truthfully allege complete diversity based upon the citizenship of each general and limited partner of the limited partnership, then the complaint will be dismissed for lack of subject matter jurisdiction.

      SO ORDERED.

Dated: August 4, 2021
       New York, New York

                                                             ANALISA TORRES
                                                 United States District Judge