```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/23/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CYNTHIA SIDERS, an individual,

                Plaintiff,

-against-

ARGON MEDICAL DEVICES, INC., REX MEDICAL, INC., d/b/a REX MEDICAL, L.P. and REX MEDICAL, L.P.,

                Defendants.

21 Civ. 6354 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant Rex Medical, Inc.'s motion to dismiss. ECF No. 17. The motion is DENIED without prejudice to renewal in a motion that complies with Rule III.B of the Court's Individual Practices in Civil Cases.

    The Clerk of Court is directed to terminate the motion at ECF No. 17.

    SO ORDERED.

Dated: September 23, 2021
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge