```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/27/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
CYNTHIA SIDERS, an individual,

                Plaintiff,

-against-

ARGON MEDICAL DEVICES, INC., REX
MEDICAL, INC., d/b/a REX MEDICAL, L.P. and
REX MEDICAL, L.P.,

                Defendants.

21 Civ. 6354 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On August 24, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by September 24, 2021. ECF No. 14 ¶¶ 1, 4–5. Those submission are now overdue. Accordingly, by **September 30, 2021**, at **12:00 p.m.**, the parties shall submit their joint letter and proposed case management plan.

       SO ORDERED.

Dated: September 27, 2021
       New York, New York

*[signature]*
_____
ANALISA TORRES
United States District Judge