UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNTHIA SIDERS, an individual,

                Plaintiff,

-against-

ARGON MEDICAL DEVICES, INC., REX MEDICAL, INC., d/b/a REX MEDICAL, L.P. and REX MEDICAL, L.P.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/18/2022__

21 Civ. 6354 (AT)

**INITIAL PRETRIAL CONFERENCE ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for February 22, 2022, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: February 18, 2022
         New York, New York

                                          ANALISA TORRES
                                  United States District Judge