UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNTHIA SIDERS, an individual,

               Plaintiff,

-against-

ARGON MEDICAL DEVICES, INC., REX MEDICAL, INC., d/b/a REX MEDICAL, L.P. and REX MEDICAL, L.P.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/31/2022_

21 Civ. 6354 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 23, 2022, the Court ordered the parties to provide a joint update on the status of the settlement by August 28, 2022.  ECF No. 30.  That submission is now overdue.  Accordingly, by **September 7, 2022**, the parties shall provide a joint update regarding the status of the settlement.

    SO ORDERED.

Dated: August 31, 2022
       New York, New York

ANALISA TORRES
United States District Judge